IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| MICHAEL FANELLI, | NO. 18-543 |
| Defendant. | |

# **ORDER**

**AND NOW**, this 5th day of July 2022, upon consideration of Defendant Michael Fanelli's pro se Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 47) and the Government's Response in Opposition (Doc. No. 49), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion (Doc. No. 47) is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky____
JOEL H. SLOMSKY, J.